CITY OF BUFFALO

| | | | | | | | Check Amount | | 914.82 |
|---|---|---|---|---|---|---|---|---|---|
| Emp No. | Employee Name | | Dept. | Soc. Sec. No. | Check Date | Period End | Type | | Check Number |
| 165909 | MICHAEL L AUSTIN | | A731 | XXX-XX-6386 | 01/20/2017 | 01/15/2017 | 1-STD-CITY | | 2558480 |

| Earnings | Rate | Hours | Total Amount | Deductions | Current | Year-To-Date | Empr Cost | YTD | Leave Code | Earned | Used | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG TIME | 16.8884 | 80.00 | 1,351.07 | FICA | 78.22 | 156.44 | | | PERS LV | 0.000 | 0.000 | 20.000 |
| | | | | MEDICARE | 18.29 | 36.58 | | | COMP | 0.000 | 0.000 | 0.000 |
| | | | | TB LOCAL 6 | 89.42 | | | | SICK | 0.000 | 10.000 | 136.000 |
| | | | | FIT | 97.37 | 194.74 | | | VACATION | 0.000 | 0.000 | 38.667 |
| | | | | NYS INC TA | 48.65 | 97.30 | | | | | | |
| | | | | NY RETIRE | 40.53 | 81.06 | | | | | | |
| | | | | AFSCME 650 | 21.57 | 43.14 | | | | | | |
| | | | | CITY GRP L | 42.20 | | | | | | | |

| Check Totals | |
|---|---|
| Total Pay | 1,351.07 |
| YTD | 2,702.14 |
| Gross Pay | 1,221.12 |
| YTD | 2,442.24 |
| Deductions | 436.25 |
| YTD | 609.26 |
| Net Pay | 914.82 |
| YTD | 1,829.64 |

| Withholding Allowances | | | |
|---|---|---|---|
| | M/S | # | Extra |
| Federal | | | $ .00 |
| State | | | $ .00 |

LEAVE BALANCES AS OF 1/15/17. ANY ? CONTACT TIMEKEEPER



**City of Buffalo**
1230 City Hall
Buffalo, NY 14202
Payroll Disbursement Account

FIRST NIAGARA BANK
726 EXCHANGE ST
BUFFALO NY, 14210

Check Date    Check Number    50-7295/0213
01/20/2017    2558480

Not Valid After 90 Days

$914.82

Pay ***** Nine Hundred Fourteen Dollars and 82 Cents *****

To The
Order Of    MICHAEL L AUSTIN

*Mark JF Schroeder* __MP
Comptroller

*Donna J Estul* __MP
Commissioner of Administration & Finance, Policy & Urban Affairs

⑆000 2558480⑆ ⑈021372953⑈ 997040412⑈

PR

**City of Buffalo**
1230 City Hall
Buffalo, NY 14202

Forwarding Service Requested

02558480    A731

MICHAEL L AUSTIN
85 BLAINE AVENUE
BUFFALO, NY 14208

02558480

| CITY OF BUFFALO | | | | | | | | Advice Amount | | 564.82 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp No. | Employee Name | | Dept. | Soc. Sec. No. | | Advice Date | Period End | | Type | Advice Number | |
| 165909 | MICHAEL L AUSTIN | | A731 | XXX-XX-6386 | | 02/03/2017 | 01/29/2017 | | 1-STD-CITY | 608658 | |
| Earnings | Rate | Hours | Total Amount | Deductions | Current | Year-To-Date | Empr Cost | YTD | Leave Code | Earned | Used | Balance |

| Earnings | Rate | Hours | Total Amount | Deductions | Current | Year-To-Date | Leave Code | Earned | Used | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| REG TIME | 16.8884 | 80.00 | 1,351.07 | FICA | 78.22 | 234.66 | PERS LV | 0.000 | 0.000 | 20.000 |
| | | | | MEDICARE | 18.29 | 54.87 | COMP | 0.000 | 0.000 | 0.000 |
| | | | | TB LOCAL 6 | 89.42 | | SICK | 0.000 | 6.000 | 130.000 |
| | | | | FIT | 97.37 | 292.11 | VACATION | 0.000 | 0.000 | 38.667 |
| | | | | NYS INC TA | 48.65 | 145.95 | | | | |
| | | | | NY RETIRE | 40.53 | 121.59 | | | | |
| | | | | AFSCME 650 | 21.57 | 64.71 | | | | |
| | | | | CITY GRP L | 42.20 | | | | | |
| | | | | M&T BANK | 350.00 | | | | | |
| | | | | DIR DEPOSI | 564.82 | | | | | |

### Advice Totals
| | |
|---|---|
| Total Pay | 1,351.07 |
| YTD | 4,053.21 |
| Gross Pay | 1,221.12 |
| YTD | 3,663.36 |
| Deductions | 786.25 |
| YTD | 913.89 |
| Net Pay | 564.82 |
| YTD | 2,394.46 |

### Withholding Allowances
| | M/S | # | Extra |
|---|---|---|---|
| Federal | | | $ .00 |
| State | | | $ .00 |

LEAVE BALANCES AS OF 1/29/17. ANY ? CONTACT TIMEKEEPER



**City of Buffalo**
1230 City Hall
Buffalo, NY 14202
Payroll Disbursement Account

Advice Date  Advice Number
02/03/2017   608658

$564.82

*Deposit*  ***** Five Hundred Sixty Four Dollars and 82 Cents *****

*To The Account Of*  MICHAEL L AUSTIN

## DIRECT DEPOSIT
## NON-NEGOTIABLE

DD



**City of Buffalo**
1230 City Hall
Buffalo, NY 14202

Forwarding Service Requested

00608658   A731

MICHAEL L AUSTIN
85 BLAINE AVENUE
BUFFALO, NY 14208

00608658

CITY OF BUFFALO

| | | | | | Advice Amount | | 564.82 | |
|---|---|---|---|---|---|---|---|---|
| Emp No. | Employee Name | Dept. | Soc. Sec. No. | Advice Date | Period End | Type | Advice Number | |
| 165909 | MICHAEL L AUSTIN | A731 | XXX-XX-6386 | 02/17/2017 | 02/12/2017 | 1-STD-CITY | 611620 | |

| Earnings | Rate | Hours | Total Amount | Deductions | Current | Year-To-Date | Empr Cost | YTD | Leave Code | Earned | Used | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG TIME | 16.8884 | 80.00 | 1,351.07 | FICA | 78.22 | 312.88 | | | PERS LV | 0.000 | 0.000 | 20.000 |
| | | | | MEDICARE | 18.29 | 73.16 | | | COMP | 0.000 | 0.000 | 0.000 |
| | | | | TB LOCAL 6 | 89.42 | | | | SICK | 10.000 | 16.000 | 124.000 |
| | | | | FIT | 97.37 | 389.48 | | | VACATION | 6.667 | 0.000 | 45.334 |
| | | | | NYS INC TA | 48.65 | 194.60 | | | | | | |
| | | | | NY RETIRE | 40.53 | 162.12 | | | | | | |
| | | | | AFSCME 650 | 21.57 | 86.28 | | | | | | |
| | | | | CITY GRP L | 42.20 | | | | | | | |
| | | | | M&T BANK | 350.00 | | | | | | | |
| | | | | DIR DEPOSI | 564.82 | | | | | | | |

Advice Totals

| | |
|---|---|
| Total Pay | 1,351.07 |
| YTD | 5,404.28 |
| Gross Pay | 1,221.12 |
| YTD | 4,884.48 |
| Deductions | 786.25 |
| YTD | 1,218.52 |
| Net Pay | 564.82 |
| YTD | 2,959.28 |

Withholding Allowances

| | M/S | # | Extra |
|---|---|---|---|
| Federal | | | $ .00 |
| State | | | $ .00 |

LEAVE BALANCES AS OF 02/12/17    ANY ? CONTACT TIMEKEEPER



**City of Buffalo**
1230 City Hall
Buffalo, NY  14202
Payroll Disbursement Account

Advice Date    Advice Number
02/17/2017     611620

$564.82

Deposit    ***** Five Hundred Sixty Four Dollars and 82 Cents *****

To The
Account Of    MICHAEL L AUSTIN

**DIRECT DEPOSIT
NON-NEGOTIABLE**

DD

**City of Buffalo**
1230 City Hall
Buffalo, NY  14202

Forwarding Service Requested

00611620    A731

MICHAEL L AUSTIN
85 BLAINE AVENUE
BUFFALO, NY  14208

00611620

Case 1-17-10461-CLB,   Doc 4,   Filed 03/13/17,   Entered 03/13/17 14:06:53,
Description: Main Document  , Page 3 of 4

CITY OF BUFFALO

| Advice Amount | 566.31 |
|---|---|

| Emp No. | Employee Name | Dept. | Soc. Sec. No. | Advice Date | Period End | Type | Advice Number |
|---|---|---|---|---|---|---|---|
| 165909 | MICHAEL L AUSTIN | A731 | XXX-XX-6386 | 03/03/2017 | 02/26/2017 | 1-STD-CITY | 613437 |

| Earnings | Rate | Hours | Total Amount | Deductions | Current | Year-To-Date | Empr Cost | YTD | Leave Code | Earned | Used | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG TIME | 16.8884 | 72.00 | 1,215.96 | FICA | 78.36 | 391.24 | | | PERS LV | 40.000 | 0.000 | 60.000 |
| REG TIME | 17.1634 | 8.00 | 137.31 | MEDICARE | 18.33 | 91.49 | | | COMP | 0.000 | 0.000 | 0.000 |
| | | | | TB LOCAL 6 | 89.42 | | | | SICK | 0.000 | 4.000 | 120.000 |
| | | | | FIT | 97.69 | 487.17 | | | VACATION | 0.000 | 0.000 | 45.334 |
| | | | | NYS INC TA | 48.79 | 243.39 | | | | | | |
| | | | | NY RETIRE | 40.60 | 202.72 | | | | | | |
| | | | | AFSCME 650 | 21.57 | 107.85 | | | | | | |
| | | | | CITY GRP L | 42.20 | | | | | | | |
| | | | | M&T BANK | 350.00 | | | | | | | |
| | | | | DIR DEPOSI | 566.31 | | | | | | | |

**Advice Totals**

| | |
|---|---|
| Total Pay | 1,353.27 |
| YTD | 6,757.55 |
| Gross Pay | 1,223.25 |
| YTD | 6,107.73 |
| Deductions | 786.96 |
| YTD | 1,523.86 |
| Net Pay | 566.31 |
| YTD | 3,525.59 |

**Withholding Allowances**

| | M/S | # | Extra |
|---|---|---|---|
| Federal | | | $ .00 |
| State | | | $ .00 |

LEAVE BALANCES AS OF 2/26/17. ANY ? CONTACT TIMEKEEPER



**City of Buffalo**
1230 City Hall
Buffalo, NY 14202
Payroll Disbursement Account

| Advice Date | Advice Number |
|---|---|
| 03/03/2017 | 613437 |

$566.31

Deposit   ***** Five Hundred Sixty Six Dollars and 31 Cents *****

To The
Account Of   MICHAEL L AUSTIN

## DIRECT DEPOSIT
## NON-NEGOTIABLE

DD



**City of Buffalo**
1230 City Hall
Buffalo, NY 14202

Forwarding Service Requested

00613437   A731

MICHAEL L AUSTIN
85 BLAINE AVENUE
BUFFALO, NY 14208

00613437