

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: MICHAEL L. AUSTIN
85 Blaine Ave.
Buffalo, NY 14208

**AMENDED** ADJUSTMENT OF
DEBTS UNDER CHAPTER 13
BK: 17-10461 B

### ORDER TO PAY TO THE TRUSTEE

Upon representations of the Trustee or other interested party, the Court finds that:

The above-named debtor has pending in this Court a proceeding for an adjustment of debts under Chapter 13 of the Bankruptcy Code and pursuant to the provisions of said statute and the debtors plan the debtor has submitted all future earnings and wages to the exclusive jurisdiction of this Court for the purpose of consummating the plan; and

That under the provisions of Section 1325(c) of the Bankruptcy Code the employer of the debtor may be required upon the order of this Court, to pay over such portion of the wages or earnings of the debtor as may be needed to effectuate said plan, and that such as order is necessary and proper; now therefore

IT IS ORDERED, that until further order of this Court, the **DEBTOR** shall pay directly to the Trustee the sum of **$120.00 per monthly pay period** beginning on the next payday following the receipt of this order, and deduct a similar amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payments for or on account of vacations, termination or other benefits arising out of present or past employment of the debtor and to forthwith remit the sum so deducted to:
**ALBERT J. MOGAVERO, Chapter 13 Trustee**
**The Dun Building**
**110 Pearl St., 6th Floor**
**Buffalo, NY 14202**
**716-854-5636**

IT IS FURTHER ORDERED, that all earnings and wages of the debtor, except the amount required to be withheld by the provisions of any laws of the United States or the laws of any State or political subdivision, or by any insurance, pension or union dues agreement between employer and the debtor, or by the order of this Court, be paid to the aforesaid debtor in accordance with the employer's usual payroll procedures.

IT IS FURTHER ORDERED that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by the Court be made from the earnings of said debtor.

IT IS FURTHER ORDERED that this order supersedes previous orders, if any, made to the subject employer in this cause.

IT IS FURTHER ORDERED that release of this order to pay the Trustee will be made by **NOTICE** from the Clerk, U.S. Bankruptcy Court.

Date: May 3, 2017

_____
U.S.B.J.



CERTIFICATE OF SERVICE BY MAIL
OF / CLERK
COPIES OF THIS wage order
WERE PERSONALLY MAILED BY ME
ON  5/4/2017
TO:
UNDER PENALTY OF PERJURY, I DECLARE
THAT THE FOREGOING IS TRUE & CORRECT
   Trustee
   Debtor
/    Debtor's Atty